COYKENDALL, Respondent, v. HARRISON et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Samuel D. Coykendall against William R. Harrison and others, constituting the Board of Water Commissioners of the City of Kingston, and the City of Kingston. Decision amended, 135 N. Y. Supp. 1107.

PER CURIAM. Motion for leave to appeal to the Court of Appeals (from 134 N. Y. Supp. 446) granted, and question certified as fol-

lows: Did the purchase and installation of the filters and coagulating and sterilizing devices, as contemplated and specified in the contract set forth in the complaint, constitute ordinary maintenance of the water system of the city of Kingston, so that the board of water commissioners of such city had the power to make such contract without the assent of the common council?